## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CRIMINAL NO. 14-88-SDD-RLB |
| : | |
| JOCK JONES : | |

### UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION FOR ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING PRODUCTION OF RECORDS BY THE FEDERAL PUBLIC DEFENDER

To prepare for the upcoming hearing regarding defendant's claim that he was denied the effective assistance of counsel at trial, the United States is seeking access to relevant records from trial counsel's file. Undersigned counsel was prepared to issue a subpoena for the file but was advised by the Federal Public Defender's Office that it would not comply with a subpoena, presumably to honor defendant's attorney-client privilege. However, "where, as here, the client alleges a breach of duty to him by the attorney, . . . he thereby waives the privilege as to all communications relevant to that issue." Laughner v. United States, 373 F.2d 326, 327 (5th Cir. 1967). The United States therefore requests an order finding a waiver

of attorney-client privilege and compelling production of relevant records from the defendant's file in the possession of the Federal Public Defender.

For the above reasons, the Court should grant the United States' motion.

                                      Respectfully submitted,

                                      KURT WALL
                                      UNITED STATES ATTORNEY

                                      /s/ M. Patricia Jones
                                      M. Patricia Jones, LBN 18543
                                      Assistant United States Attorney
                                      451 Florida Street, Suite 300
                                      Baton Rouge, Louisiana 70801
                                      Telephone: (225) 389-0443
                                      Fax: (225) 389-0561