# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
FEBRUARY 26, 2026
CHIEF DISTRICT JUDGE SHELLY D. DICK

UNITED STATES OF AMERICA

VERSUS

JOCK JONES

CRIMINAL ACTION

14-88-SDD-RLB

This matter came on this day for an Evidentiary Hearing on *Motion to Vacate Under U.S.C. 2255.*[1]

**PRESENT:   M. Patricia Jones, Esq.**
**Counsel for United States**

**Jane Catherine Hogan, Esq.**
**Counsel for Defendant**

Counsel make appearances.

Court give a history of the case.

Joint Exhibit 1, US Exhibits 2-13 are admitted into the record.

Witnesses sequestered from the Courtroom.

R. Mark Upton is sworn and testifies.

Donald Grim is sworn and testifies.

Defendant, Jock Jones, is sworn and testifies.

The parties rest.

---

[1] Rec. Doc. 66

Simultaneous post hearing briefs, no more than ten pages, may be filed 14 days after the lodging of the transcript.

* * * * *

CR 42/3 hrs., 15 mins.